IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| PATRICIA E MARTIN, | ) | |
| | ) | Bk. No.: 18-40473 |
| Debtor. | ) | |

## MOTION TO MODIFY CHAPTER 13 PLAN PAYMENTS

Now comes the Debtor, Patricia E. Martin, by and through her attorney of the Bankruptcy Clinic, PC, and file this Motion to Modify Chapter 13 Plan Payments. In support hereof Debtor states:

1. Debtor entered into Chapter 13 bankruptcy proceedings on May 25, 2018.

2. Debtor has been diagnosed with lung cancer and will be off work on leave of absence, without pay, for an undetermined amount of time.

3. Debtor will be applying for short term disability through her employer which will only pay 60% of her income upon qualification.

4. Debtor is current on her chapter 13 payments through April 2022, but the above stated conditions have caused a financial hardship that may cause the plan to fail if she cannot defer payments temporarily.

5. Debtor requests a deferment of three (3) months, specifically May 2022, June 2022, and July 2022, of her plan payments.

6. Debtor requests that an Amended Plan to resolve in plan shortages because of this deferment to be due by July 30,2022.

7. No creditors would be harmed by this deferment.

WHEREFORE, the Debtor prays that this honorable Court allow her to defer three (3) months of plan payments, specifically May 2022, June 2022 and July 2022 of her plan payments in order to recover financially as well as a provided deadline of July 30, 2022, to file an Amended Plan to address the plan shortages due to said deferment.

                Respectfully Submitted,

                /s/ Jay B. Howd
                Jay B. Howd
                Bankruptcy Clinic, P.C.
                206 West DeYoung Street
                Marion, Illinois 62959
                Phone: (618) 993-1300
                Fax: (618) 993-0713