# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| PATRICIA E. MARTIN, | ) | |
| | ) | Bk. No. 18-40473 |
| Debtor. | ) | |

## ORDER

This Matter comes before the Court on the Debtor's Motion to Modify Chapter 13 Plan Payments. Due notice having been provided, the Trustee having no objection to the relief requested, and the Court being advised in the premises;

IT IS ORDERED that the Debtor's Motion is GRANTED.  The plan payments due for the months of May 2022, June 2022 and July 2022 are deferred.

IT IS FURTHER ORDERED that the Debtor shall file an Amended Plan addressing any shortages due to the deferment no later than July 30, 2022.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: June 17, 2022

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/2